**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Criminal No. 98-191(1) (RHK) |
| Plaintiff, | **ORDER FOR CONTINUANCE** |
| v. | |
| Derick Catrell Robinson, | |
| Defendant. | |

Upon application of the Defendant, the Court finds that it is in the interest of justice that the Defendant's Motion for a continuance of the supervised release hearing is **GRANTED**.

**IT IS HEREBY ORDERED** that the supervised release hearing scheduled for Friday, May 9, 2008 at 9:00 a.m. be continued until Monday, June 9, 2008, at 8:30 a.m., United States District Court, 180 East Fifth Street, St. Paul, Minnesota.

Dated: May 7, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge